IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA LIBRARY ASSOCIATION, a Nebraska non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA GOLDEN SOWER AWARD, a Nebraska non-profit corporation;<br><br>Defendant. | 4:22CV3103<br><br>ORDER |

    Defendant has submitted the attached answer for filing in this forum. The answer is signed by the Defendant's chairman. Defendant is an entity and cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994).

    Accordingly,

    IT IS ORDERED:

1) On or before July 26, 2022, Defendant shall obtain the services of counsel and have that attorney file an appearance in this case. The failure to do so may result in an entry of default and/or a default judgment against Defendant.

2) The clerk shall mail a copy of this order to Defendant at the following addresses:

    Nebraska Golden Sower Award c/o William G. Blake
    3701 Union Drive, Suite 200
    Lincoln, NE 68508

    Ardis Moody
    Chair, Nebraska Golden Sower Award
    410 NW 16th Street
    Lincoln, NE 68528

3) The clerk shall set a case management deadline for July 26, 2022.

Dated this 5th day of July, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge